UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQ BEY,<br><br>    Plaintiff,<br><br>    v.<br><br>JARED MALEC, et al.,<br><br>    Defendants. | Case No. 18-cv-02626-SI<br><br>**ORDER VACATING CMC AND GRANTING MOTION FOR ELECTRONIC CASE FILING**<br><br>Dkt. No. 34 |

    This matter is currently scheduled for a case management conference on August 10, 2018. However, as defendants' motion to dismiss remains pending, the Court hereby VACATES the CMC. The Court will reschedule the CMC upon resolution of defendants' motion. In addition, plaintiff's motion for electronic case filing is GRANTED.

**IT IS SO ORDERED**.

Dated: August 7, 2018

_____
SUSAN ILLSTON
United States District Judge