UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQ BEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF EMERYVILLE POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 18-cv-02626-SI<br>Case No. 18-cv-02628-SI<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND VACATING CMC**<br><br>Re: Dkt. Nos. 50, 68 |

Before the Court are two lawsuits filed by plaintiff Raq Bey. Action No. 18-2626 SI names individual Emeryville Police Officers as defendants; Action No. 18-2628 SI names the City of Emeryville as a defendant. In each action, plaintiff Bey has filed a motion for leave to file a motion for reconsideration. Those motions are DENIED. Dkt. Nos. 50, 68. Plaintiff is reminded that pursuant to the Court's most recent Order, plaintiff may amend his complaint to allege only excessive force claims against the individual defendants. Dkt. Nos. 49, 67. **Plaintiff must file any amended complaint on or before December 21, 2018.**

In addition, this matter is currently scheduled for a case management conference on Friday, December 14, 2018. The Court hereby VACATES the CMC. The Court will reschedule the CMC upon the filing of plaintiff's amended complaint.

**IT IS SO ORDERED**.

Dated: December 11, 2018

_____
SUSAN ILLSTON
United States District Judge