UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAQ BEY,

         Plaintiffs,

   v.

JARED MALEC, et al.,

         Defendants.

Case No. 18-cv-02626-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 16, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS: June 7, 2019

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 20, 2019.

DESIGNATION OF EXPERTS: January 10, 2020; REBUTTAL: January 31, 2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: February 21, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; March 6, 2020;
    Opp. Due: March 20, 2020; Reply Due: March 27, 2020;
    and set for hearing no later than April 10, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: May 12, 2020 at 3:30 PM.

JURY TRIAL DATE: May 26, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 to 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The Court has consolidated this case with 18-cv-2628 SI. All issues shall be tried under 18-cv-2626 SI. The Court will terminate 18-cv-2628 SI.

The parties shall meet and confer in attempt to file a protective order.

At the next case management conference, the parties shall be prepared to discuss an ADR process that they will participate in.

If necessary, plaintiff may contact the Court's Legal Help Center at (415) 782-8982 for assistance.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 5/20/19

SUSAN ILLSTON
United States District Judge