UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQ BEY,<br><br>    Plaintiff,<br><br>    v.<br><br>JARED MALEC, et al.,<br><br>    Defendants. | Case No. 18-cv-02626-SI<br><br>**ORDER STRIKING DOCKET NO. 81**<br>Re: Dkt. No. 81 |

On March 5, 2019, the Court granted in part and denied in part defendants' motion to dismiss the third amended complaint ("TAC"). Dkt. No. 66 (Order re Motion to Dismiss TAC). On March 15, 2019, defendants filed their answer to the TAC. Dkt. No. 68. On May 6, 2019, plaintiff sought leave from the Court to file a Fourth Amended Complaint. Dkt. No. 75. On May 20, 2019, the Court denied plaintiff's motion. Dkt. No. 77.

On June 7, 2019, after being explicitly told he did not have leave of the Court to file an amended complaint, plaintiff filed an amended complaint.

The Court hereby strikes the most recently filed amended complaint pursuant to Federal Rule of Civil Procedure 12(f)(1). The parties will proceed based on the TAC and the Court's March 5, 2019 order regarding same. Dkt. Nos. 66 (Order re Motion to Dismiss TAC) and 58 (TAC). As stated in the Court's March 5, 2019 order, the only claim remaining is the excessive force claim.

**IT IS SO ORDERED**.

Dated: June 12, 2019

_____
SUSAN ILLSTON
United States District Judge