UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQ BEY, <br>            Plaintiff, <br>     v. <br> JARED MALEC, et al., <br>            Defendants. | Case No. 18-cv-02626-SI <br><br> **JUDGMENT** |

On April 28, 2020, the Court granted defendants' motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendants and against plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 28, 2020

SUSAN ILLSTON
United States District Judge